CYNTHIA THORPE, as Parent and Natural Guardian in Her Representative Capacity Only, of ALYSSA THORPE, an Infant, Respondent, v GEORGE JAMES CHAPELSKY et al., Appellants, et al., Defendants. [921 NYS2d 590]—Appeal from an order of the Supreme Court, Seneca County (Dennis F. Bender, A.J.), entered November 23, 2009 in a personal injury action. The order denied the motion of defendants George James Chapelsky and Judy Ann Chapelsky for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Fahey, Peradotto, Lindley and Sconiers, JJ.

In the Matter of CHARLES E. FAGAN, an Attorney, Resignor. [922 NYS2d 219]—Order entered accepting resignation and striking name from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Green and Martoche, JJ. (Filed Apr. 13, 2011.)

In the Matter of ELIZABETH ANNE TRITTIPO, a Resigned Attorney. [922 NYS2d 219]—Order of reinstatement entered. Present—Centra, J.P., Peradotto, Lindley, Green and Martoche, JJ. (Filed Apr. 13, 2011.)